Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendants:
AMERICAN EXPRESS COMPANY, AMERICAN
EXPRESS BANK, LTD. and AMERICAN EXPRESS
TRAVEL RELATED SERVICES COMPANY, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X   21 MC 102 (AKH)

LUCY CALI,                                                 Index No.: 08-CV-2583

                    Plaintiff(s),                **NOTICE OF ADOPTION OF ANSWER
                               TO MASTER COMPLAINT**

   -against-
                                   **ELECTRONICALLY FILED**

AMERICAN EXPRESS BANK, LTD, *et al.*,

                    Defendant(s).
-------------------------------------------------------X

    PLEASE TAKE NOTICE that Defendants, AMERICAN EXPRESS COMPANY,

AMERICAN EXPRESS BANK, LTD and AMERICAN EXPRESS TRAVEL RELATED

SERVICES COMPANY, INC., by their attorneys, McGIVNEY & KLUGER, P.C., as and for

their Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint)

Related to the Master Complaint filed in the above-referenced action, hereby adopt their Answer

to Master Complaint dated July 31, 2007, which was filed in the matter of *In Re World Trade*

*Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

    WHEREFORE, the defendants, AMERICAN EXPRESS COMPANY, AMERICAN

EXPRESS BANK, LTD and AMERICAN EXPRESS TRAVEL RELATED SERVICES

COMPANY, INC., demand judgment dismissing the above-captioned action as against them,

together with their costs and disbursements and for such other and further relief as this Court

deems just and proper.

Dated: New York, New York
       July 8, 2008

                                        Yours etc.,

                                        McGIVNEY & KLUGER, P.C.
                                        Attorneys for Defendants
                                        AMERICAN EXPRESS COMPANY, AMERICAN
                                        EXPRESS BANK, LTD and AMERICAN
                                        EXPRESS TRAVEL RELATED SERVICES
                                        COMPANY, INC.


                                        By:
                                        Richard E. Leff (RL-2123)
                                        80 Broad Street, 23rd Floor
                                        New York, New York 10004
                                        (212) 509-3456

TO:    WORBY GRONER & NAPOLI BERN, LLP
       Plaintiffs Liaison
       In Re Lower Manhattan Disaster Site
       Litigation
       115 Broadway, 12th Floor
       New York, New York 10006
       (212) 267-3700

       All Defense Counsel